UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RUTH REITER,

    Plaintiff,

v.                                                      Case No. 09-C-239

OSHKOSH CORP., et al.,

    Defendants

**ORDER**

Defendants Wedemeier and Gardiner moved to dismiss any Title VII claims Plaintiff brought against them on the ground that they are not proper defendants for such claims. *Williams v. Banning,* 72 F.3d 552, 555 (7th Cir. 1995) (individual supervisors not liable individually under Title VII). Plaintiff has not responded to the motion within the time allowed. Accordingly, to the extent such claims are alleged in the complaint, they are **DISMISSED** and the motion is **GRANTED**.

**SO ORDERED** this   8th   day of June, 2009.

                                                                   s/ William C. Griesbach
                                                                   William C. Griesbach
                                                                   United States District Judge